UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BRIAN EDWARD MAHONEY and GEORGE CURRAN, <br><br> Plaintiffs, <br><br> v. <br><br> J. BOWERS, WARDEN, et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 23-40167-JEK |

**ORDER**

**KOBICK, J.**

On November 30, 2023, plaintiff Brian Mahoney commenced this action without paying the $402 filing fee or filing a motion for leave to proceed *in forma pauperis*.[1] On December 1, 2023, the Court ordered Mahoney to resolve the filing fee within 21 days by paying the fee or seeking leave to proceed *in forma pauperis*. Dkt. No. 4. The Court stated that failure to comply with this order could result in dismissal of this action.

On December 28, 2023, Mahoney filed a document titled "Complaint." Dkt. No. 5. Unaware that, on November 14, 2023, the undersigned took the judicial oath of office, Mahoney asks in this document that the Clerk "investigate the Chambers of Julia E. Kobick who is not even a U.S. District Judge" and demands that he be provided "certified copies of her requisite Oath of Office before any case proceeds." *Id.* at 1.

---

[1] Although the complaint (Dkt. No. 1) identifies George Curran as a defendant, Curran did not sign the complaint.

In light of the concern Mahoney expresses in his December 28, 2023 filing, the Court will give him 21 days from the date of this Order to comply with the December 1, 2023 order concerning the filing fee. Failure to comply with this extended deadline may result in dismissal of this action without prejudice.

**So Ordered.**

                                                  /s/ Julia E. Kobick  
                                                  JULIA E. KOBICK  
                                                  UNITED STATES DISTRICT JUDGE

Dated: January 22, 2024