UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BRIAN EDWARD MAHONEY and GEORGE CURRAN, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 4:23-cv-40167-JEK |
| J. BOWERS, *Warden – Federal Medical Center Devens*, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER OF DISMISSAL

**KOBICK, J.**

On November 30, 2023, plaintiffs Brian Mahoney and George Curran commenced this action without paying the $402 filing fee or filing a motion for leave to proceed *in forma pauperis*. The plaintiffs are civilly committed and confined at Federal Medical Center Devens in Ayer, Massachusetts.

On December 1, 2023, the Court issued an order requiring the plaintiffs to resolve the filing fee within 21 days by paying the fee or seeking leave to proceed *in forma pauperis*. ECF 4. The Court stated that failure to comply with the order within 21 days could result in dismissal of the action. *Id.*

On December 28, 2023, Mahoney filed a document entitled "Complaint." ECF 5. Unaware that, on November 14, 2023, the undersigned took the judicial oath of office, he asked in that document for the Clerk to "investigate the Chambers of Julia E. Kobick," who, in his view, was "not even a U.S. District Judge," and demanded that he be provided "certified copies of her requisite Oath of Office before any case proceeds." *Id.* at 1. On January 22, 2024, the Court entered

a second order again requiring the payment of the filing fee or a motion for leave to proceed *in forma pauperis* within 21 days. ECF 6. The Court stated again that failure to comply with the order within 21 days could result in dismissal of the action. *Id.* at 2.

On January 31, 2024, Mahoney filed a document titled "Plaintiff's Objection to the Order that Was Rendered Without Proof of Oath and Affirmation & Without Subject Matter Jurisdiction." ECF 7. In this document, Mahoney states that he "will not comply with any order until Judge Julia E. Kobick suppl[ies] her Oat[h] & Affirmation, and send[s] this case back to the Central District of Massachusetts where the crime has been committed." *Id.* at 2.

As the plaintiffs have not complied with the Court's January 22, 2024 order, and the time for doing so has lapsed, the Court DISMISSES this action without prejudice for failure to pay the filing fee.

SO ORDERED.

/s/ Julia E. Kobick
United States District Judge

Dated: March 4, 2024